Sam Hunter, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, August 11, 1905.)

Writ of Error to Circuit Court, Jackson County; C. B. Parkhill, Judge.

Memorandum Decisions.

*Price & Watson,* for Plaintiff in Error.

No appearance for the Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on praecipe of counsel for plaintiff in error.